# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER PISANCHYN,<br><br>   Plaintiff,<br><br>       v.<br><br>PROGRESSIVE DIRECT<br>INSURANCE COMPANY,<br><br>   Defendant. | NO. 3:18-CV-01215<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 2nd day of August, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Remand (Doc. 5) filed by Plaintiff Christopher Pisanchyn is **DENIED**.

(2) The Motion to Stay Proceedings Pending Ruling on Plaintiff's Motion to Remand (Doc. 6) is **DENIED as moot**.

                                                                 /s/ A. Richard Caputo
                                                                  A. Richard Caputo
                                                                  United States District Judge